# Exhibit A



# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OFFENSE HARDCOPY
## (OBSTRUCTING COURTS)
## GO# HS 2024-240387

# Table of Contents

**Related Event  GO# HS 2024-240387** ......................................................................... 1

**Offense(s)** ........................................................................................................... 1

**Related Event(s)** ................................................................................................ 2

**Related Narrative(s)** ......................................................................................... 4

**Related Follow Up(s)** ........................................................................................ 3

    1. Follow Up Report # HS 4  - HERD MICHAEL J ................................................. 3

**Related Attachment(s)** ..................................................................................... 10

    1. SAO Letters - HANSON ........................................................................................ 10

**HILLSBOROUGH COUNTY SHERIFF**

GO# HS 2024-240387
CLEARED BY ARREST

**GENERAL OFFENSE HARDCOPY**

SAO RELEASE TRACKING

(OBSTRUCTING COURTS)

# General Offense Information

| | |
|---|---|
| **Operational Status** | CLEARED BY ARREST |
| **Reported On** | MAR-14-2024  1147 |
| **Occurred On** | MAR-14-2024  1147 |
| **Approved On** | MAR-14-2024  (THU.) |
| **Approved By** | 3466  -  MARTIN TERRY |
| **Report Submitted By** | 260873  -  GASCOT-REYES NATALIA |
| **Org Unit** | D1 DAY B ALPHA SQUAD |
| **Address** | 10047 REMINGTON DR |
| **Municipality** | HILLSBOROUGH COUNTY |
| **District** D5  **Beat** N04  **Grid** HS3745 | |
| **Felony/ Misdemeanor** | FELONY |
| **Special Study** | PERSONS - OTHER (STALKING - CYBER STALKING - THREATS - ETC.) |
| **Family Violence** | NO |
| **Cargo Theft** | NO |

# Offenses (Completed/Attempted)

| | |
|---|---|
| **Offense #** | 1  OBSTRUCT-1  OBSTRUCTING COURTS -  COMPLETED |
| **Statute** | 837.02(1)  PERJURY IN OFFICIAL PROCEEDINGS |
| **Location** | OTHER |
| **Suspected Of Using** | NOT APPLICABLE |
| **Bias** | NONE (NO BIAS) |



**HILLSBOROUGH COUNTY SHERIFF**

GO# HS 2024-240387
CLEARED BY ARREST

**GENERAL OFFENSE HARDCOPY**
SAO RELEASE TRACKING
(OBSTRUCTING COURTS)

## Related Event(s)

**1. AB  HS2024-12749**

**2. CP  HS2024-240387**

**3. AB  HS2025-3561**

**4. WT  HS22333977**

**5. GO  HS2024-278368**



# HILLSBOROUGH COUNTY SHERIFF

**GO# HS 2024-240387**
**CLEARED BY ARREST**

### GENERAL OFFENSE HARDCOPY
### SAO RELEASE TRACKING
### (OBSTRUCTING COURTS)

Follow Up Report # HS  4

## Follow Up Report  # 4

### ASSIGNMENT INFORMATION

| | | | |
|---|---|---|---|
| **Assigned To** | 91882- HERD MICHAEL J | **Rank** | DETECTIVE |
| **Capacity** | CONTINUE INVESTIGATION | **Org Unit** | D5 GO UNIT |
| **Assigned On** | FEB-21-2025 | **By** | 91882 -  HERD MICHAEL J |
| **Report Due On** | MAR-23-2025  (SUN.) | | |

### SUBMISSION INFORMATION

| | | | |
|---|---|---|---|
| **Submitted On** | MAR-14-2025  1413 | | |
| **Checked By** | 244918 -  WETHERINGTON CHASE D | | |
| **Approved On** | MAR-14-2025  (FRI.) | **By** | 244918 -  WETHERINGTON CHASE D |

### FOLLOW UP CONCLUSION

| | |
|---|---|
| **Follow Up Concluded** | YES |

GO# HS 2024-240387
CLEARED BY ARREST

# HILLSBOROUGH COUNTY SHERIFF

## GENERAL OFFENSE HARDCOPY

### SAO RELEASE TRACKING

(OBSTRUCTING COURTS)

## Narrative Text

**Type** DETECTIVE FOLLOW UP
**Author** 91882 - HERD MICHAEL J
**Related Date** Apr-16-2024

**On 04/16/24,** I received a response from Google in reference to the email address parigaikwad76@gmail.com. The response included the following actionable information:

-Multiple IP addresses related to the email address (see below for further information).
-Google Account ID: 635618615401
-Name: Pari
-Created on: 2024-03-07 01:22:57 Z
-Terms of Service IP: 72.186.151.90
-Last Updated Date: 2024-03-25 02:07:490Z
-Last Logins: 2024-03-25 02:07:49 Z, 2024-03-24 04:57:10 Z, 03-23-24 04:54:33 Z


The IP addresses associated with the email address parigaikwad76@gmail.com were determined to be associated with the below companies. I authored subpoenas to the below companies. ASA C. Cockrell signed the subpoenas. The subpoenas were, mailed, emailed, or submitted via the companies' portal. The subpoenas requested subscriber information related to the IP addresses:

-Charter Communications, Inc. (Charter): IP Address:72.186.151.90
-Telus Communications Inc. (Telus): IP Address: 108.181.4.66
-Frontier Communications of America, Inc. (Frontier): IP Address: 172.109.139.254
-Frontier Communications of America, Inc. (Frontier): IP Address: 47.200.164.186
-Comcast Cable Communications (Comcast): IP Address: 24.63.199.81
-Comcast Cable Communications (Comcast): IP Address: 73.143.105.79

Telus responded and advised they would not comply with the subpoena due to being a Canadian-based company that does not conduct business in the United States of America.

IP Address 62.210.145.7 was determined to belong to Scaleway S.A.S. I learned Scaleway S.A.S. is based in France. I emailed Scaleway S.A.S. to determine if they would honor a subpoena from the United States of America. I later learned Scaleway would not respond to a subpoena unless it was served by international police.


**Between approximately 04/10/24 and 04/19/24,** I received emails from Amber Hanson and Travis Hanson. The Hansons had each received emails through their respective email addresses from parigaikwad@posteo.com, parigaikwad1976@posteo.com, and user7608@posteo.com. Most of the emails were threatening Amber Hanson and her daughter. The emails were later impounded at the Evidence Control Section. I went to Posteo's website and learned the following:

-Posteo is based in Berlin, Germany.
-Posteo does not collect personal information.
-Posteo does not use tracking tools.



# HILLSBOROUGH COUNTY SHERIFF

### GENERAL OFFENSE HARDCOPY

**SAO RELEASE TRACKING**

**(OBSTRUCTING COURTS)**

-Posteo uses IP stripping to ensure anonymity.
-Payments for Posteo accounts are not connected to the individual email accounts.
-Posteo anonymized all payment processes.

**On 04/19/24,** I received a response from Comcast in reference to IP Address 24.63.199.81. The response was later impounded at the Evidence Control Section. The response included the below information:

-Subscriber Name: Starbucks National
-Service Address: 573 Worcester Rd., Framingham, MA 01701
-Telephone #: (978)732-3436

**On 04/23/24,** I authored a subpoena to Starbucks Coffee Company. I requested video surveillance and transaction information from 03/09/24, between 1700 and 2100 hours, for the Starbucks located at 573 Worcester Rd., Framingham, MA 01701. ASA E. Melvin signed the subpoena. I emailed the subpoena to Starbucks.

**On 04/24/24,** I received a response from Frontier Communications in reference to the subpoena that requested subscriber information related to IP Address: 47.200.164.186. The response included the following information:

Customer Name: Travis Hanson
DOB: 02/01/80
SSN: ***-**-0097 (Complete SSN was given in the response)
Contact Number: (937)269-6890
E-mail Address: hmon20002000@yahoo.com
Connect Date: 07/14/2023 to present
Account Address: 10047 Remington Dr., Riverview, FL

**On 04/25/24,** I received a response from Starbucks. The response was later impounded at the Evidence Control Section. The response included video surveillance from the Starbucks. It appeared the time was off. I emailed Starbucks and advised them of the problem with the time. I later received a response that advised the time was approximately three hours off, and I would receive the correct video in the future.

I received a response from Tracfone. The response advised that Tracfone was not able to search their records with the information provided.

**On 05/02/24,** I received a response from TextNow. This response included information related to three phone numbers (see below):

**(781)474-0242**
Username: parigaikwad76
Email: parigaikwad76@gmail.com



# HILLSBOROUGH COUNTY SHERIFF

### GENERAL OFFENSE HARDCOPY

**SAO RELEASE TRACKING**

(OBSTRUCTING COURTS)

Registration Date: 2024-03-07 01:41:00 UTC
Registration IP: 72.186.151.90

Messages: Sent
   -2024-03-07 01:46:27 UTC, to (937)260-9140 (Amber Hanson)
   -2024-03-07 01:48:22 UTC, to (937)260-9140 (Amber Hanson)
   -2024-03-08 10:50:56 UTC, to (937)269-6890 (Travis Hanson)
   -2024-03-09 01:39:25 UTC, to (937)269-6890 (Travis Hanson)
      Received
          -2024-03-07 21:36:25 UTC, from (813)285-9074
          -2024-03-08 16:49:14 UTC, from (813)285-9074

**(781)493-9158**
Username: parigaikwad76
Email: parigaikwad76@gmail.com
Registration Date: 2024-03-07 01:41:00 UTC
Registration IP: 72.186.151.90

Messages: Sent
          -2024-03-11 17:38:08 UTC, to (937)260-9140 (Amber Hanson)

     Received
          -2024-03-12 15:10:33 UTC, from (213)460-3658

**(508)419-0944**
Username: pari01395
Email: pari01395@gmail.com
Registration Date: 2024-03-23 01:34:55 UTC
Registration IP: 47.200.164.186

Messages: Sent
          -2024-03-23 01:44:01 UTC, to (937)269-6890 (Travis Hanson)

     Received
          -2024-03-07 13:46:08 UTC, from (844)443-0581
          -2024-03-07 16:20:08 UTC, from (844)262-7910
          -2024-03-28 16:36:29 UTC, from (508)468-6450

I authored a subpoena to Google. The subpoena was signed by ASA. C. Cockrell. The subpoena requested information related to the email address pari01395@gmail.com. I later submitted the subpoena to Google via their law enforcement portal. I received their reference number (63310489) to confirm that they received the submission.

I learned the phone number (813)285-9074 belonged to Dickstein Law (100 Ashley Dr. S. #600 Tampa, FL

---



# HILLSBOROUGH COUNTY SHERIFF

### GENERAL OFFENSE HARDCOPY

#### SAO RELEASE TRACKING

#### (OBSTRUCTING COURTS)

33602). I viewed Dickstein Law's website. Jonah Dickstein was the only attorney listed on the webpage.

I received a response from Frontier. The response advised that IP Address 172.109.139.254 was used by Crate & Barrel (2201 N. Westshore Blvd. Tampa, FL 33607). I called Crate & Barrel and learned they did have video surveillance and their Wi-Fi network was accessible to the public.

**On 05/03/24,** I authored a subpoena to Crate and Barrel. The subpoena was signed by ASA C. Cockrell. The subpoena requested video surveillance, transaction information, and any identified devices connected to the Wi-Fi network(s) on 03/20/24, between approximately 1900 and 2200 hours.

**On 05/06/24,** I received two responses from Comcast. The responses were related to the below IP addresses:

**73.143.105.79**
Subscriber: Katherine Quigley
Service Address: 323 California St., Newton, MA 02458
Telephone #: (508)259-0004

**24.63.199.81 (Duplicate to the response received on 04/19/24)**
Subscriber: Starbucks National
Service Address: 573 Worcester Rd. Framingham, MA 01701
Telephone #: (978)732-3436

I also received the video surveillance from Starbucks. The video surveillance was later impounded at the Evidence Control Section. I reviewed the video surveillance. I observed the following (date and timestamp are according to the video and are approximate):

03/09/24
7:02:14 PM- Amber Hanson entered the Starbucks and walked to the counter.
7:02:40 PM- Amber Hanson stood at the counter and appeared to have two cell phones in her hands.
7:03:05 PM- Amber Hanson placed an order and paid with cash.
7:05:14 PM- Amber Hanson received a beverage and proceeded to sit at a table.
7:05:30 PM- Amber Hanson was actively using one of the phones as she sat down.
7:09:55 PM- Amber Hanson put the first cell phone down (with the screen still on) and picked up the second cell phone.
7:10:02 PM- Amber Hanson purposely kept the first phone's screen active referring to it as she used the second cell phone.
7:20:56 PM- A Starbucks employee said something to Amber Hanson.
7:24:48 PM- Amber Hanson closed the phone she was using, picked up the second phone, and got up from the table.
7:25:10 PM- Amber Hanson exited the Starbucks.

**On 05/10/24,** I received the transaction records for 03/09/24 from Starbucks. This was later impounded at the Evidence Control Section. Due to Amber Hanson paying with cash, I determined the records were not



# HILLSBOROUGH COUNTY SHERIFF

### GENERAL OFFENSE HARDCOPY

**SAO RELEASE TRACKING**

**(OBSTRUCTING COURTS)**

of evidentiary value.

**On 06/25/24,** I learned the phone number (508)468-6450 (from TextNow response) was serviced through Verizon. I later authored a subpoena to Verizon. The subpoena was signed by ASA R. King. The subpoena requested subscriber information for the phone number.

**On 07/08/24,** I received a response from Google in reference to email address pari01395@gmail.com. The response was later impounded at the Evidence Control Section. The response advised the date created and the last login date were 11/09/16. Based on this information, I determined this response was not of evidentiary value.

**On 07/24/24,** I received a response from Verizon. The response was later impounded at the Evidence Control Section. The response included the following information:

Business Name: Health Imperatives Incorporate
Address: 942 W. Chestnut St. Brockton, MA 02301
Contact Person: Jenny Shubow
Device ID: 89148000008625768738
IMEI: 359823656161025
IMSI: 311480815481132
MFG_NAME: Apple
EQP_NAME: iPhone 12 64 Black

**On 08/01/24,** I received a response from Crate and Barrel. The response was later impounded at the Evidence Control Section. The response included video surveillance from the entrance of the store. I reviewed the video. I did not observe anything of evidentiary value.

**On 08/05/24,** I received a response from Charter Communications. The response advised that IP Address 72.186.151.90 was assigned to Starbucks (6042 Winthrop Town Centre Ave. Riverview, FL 33578).

I authored another subpoena to Starbucks. I requested video surveillance and transaction information from 03/06/24, between approximately 1800 and 2100 hours, for the Starbucks located at 6042 Winthrop Town Centre Ave., Riverview, FL 33578. ASA M. Lucas signed the subpoena. I emailed the subpoena to Starbucks.

**On 08/06/24,** I received an email from Starbucks. The email advised that video surveillance from 03/06/24 was no longer available.

Based on the available evidence, it appeared Amber Hanson had sent the messages to herself and Travis Hanson. This information was relayed to the State Attorney's Office.



# HILLSBOROUGH COUNTY SHERIFF

### GENERAL OFFENSE HARDCOPY
#### SAO RELEASE TRACKING
#### (OBSTRUCTING COURTS)

I arranged to interview Gaikwad via his attorney (Brian Shrader).

**On 10/30/24,** I went to Shrader's office to conduct the interview with Gaikwad via Zoom. Shrader was present during the interview. Gaikwad was placed under oath during the interview. At the beginning of the interview, Gaikwad was shown video surveillance from the Starbucks located at 573 Worcester Rd. Framingham, MA 01701. Gaikwad identified the person in the video as Amber Hanson. Gaikwad confirmed the identification of Amber Hanson when he was shown Amber Hanson's Florida driver license photograph. Gaikwad denied any involvement with the messages, the involved phone numbers, or the involved email addresses. See the recorded interview for more details.

**On 01/13/25,** I completed an electronic criminal report affidavit (eCRA) on Amber Hanson.

**On 01/27/25,** I obtained an electronic arrest warrant for Amber Hanson. The arrest warrant was signed by Judge H. Daniel.

**On 01/28/25,** I conducted an interview with Dickstein at the District V Office. Dickstein was placed under verbal oath during the interview. Dickstein advised phone number (781)474-0242 was not directly associated with any of his clients. I provided Dickstein with Amber Hanson's name. This caused Dickstein to recall Amber Hanson texting her about her case. Dickstein sent me three screenshots from the phone he identified as his work cell phone. One screenshot showed the phone number was not stored in his phone. The second screenshot was of Amber Hanson's contact. The third screenshot was of text messages between Dickstein and Amber Hanson. The screenshot included a screenshot of a text message Amber Hanson had sent to Dickstein.

I called Katherine Quigley (witness) and left a message for her.

**On 01/29/25,** Quigley returned my call. I conducted a recorded phone interview with Quigley. I was only able to speak briefly with Quigley. Upon asking Quigley about a possible houseguest who would have stayed with her on 03/12/24, Quigley advised she would check her hardcopy day planner when she got home and call me back. I did not receive a return call from Quigley. I later impounded the recording at the Evidence Control Section.

**On 01/31/25,** I called and texted Quigley. Quigley responded to the text and advised she would call on her lunch break. I did not receive a phone call from Quigley.

**On 02/04/25,** I texted Quigley again. I did not receive a response (phone call or text message) from Quigley.

I will continue this investigation.



**HILLSBOROUGH COUNTY SHERIFF**

GO# HS 2024-240387
CLEARED BY ARREST

GENERAL OFFENSE HARDCOPY

SAO RELEASE TRACKING

(OBSTRUCTING COURTS)

## Related Attachment - SAO Letters

**Description**   HANSON

**Reference Number**



# HILLSBOROUGH COUNTY SHERIFF

## GENERAL OFFENSE HARDCOPY

### SAO RELEASE TRACKING

### (OBSTRUCTING COURTS)



## SUSAN S. LOPEZ

STATE ATTORNEY

Thirteenth Judicial Circuit of Florida

419 N PIERCE STREET
TAMPA, FLORIDA 33602
813-272-5400

STATE OF FLORIDA                         CASE NUMBER: 2025-CF-001369

vs                                       BOOKING NUMBER: 25-002942

AMBER MELISSA HANSON

<u>NOTICE OF CASE STATUS</u>

Case Filing Decision: FILED CIRCUIT COURT

Agency Report Number: 2024-00240387 HCSO

Lead LEO:      Detective MICHAEL J HERD  DPSD5 D5500

MAR 1 2 2025

Case Decision Date: _____

New Case Number (if applicable): _____

    Withdraw Pick-Up Order (Juvenile upgrade only):  Yes

ASA Comments: _____

_____

_____

LUCIA V. ILER
Assistant State Attorney

Note: Notice JUVENILE CLERK OF COURT on Juvenile upgrade only
cc:  LEO
    [ ]DJJ (if Juvenile)
    File

/ad

2025-004223/2025-CF-001369
Page 1 of 1
Notice of Case Status



**HILLSBOROUGH COUNTY SHERIFF**

GO# HS 2024-240387

CLEARED BY ARREST

**GENERAL OFFENSE HARDCOPY**

SAO RELEASE TRACKING

(OBSTRUCTING COURTS)

**\*\*\* END OF HARDCOPY \*\*\***